**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TRACY A. HIMCHAK, | : | No. 113 MM 2016 |
| Respondent | : | |
| v. | : | |
| WILLIAM A. HIMCHAK, III, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2016, the Motion for King's Bench Intervention and the Application for Oral Argument are **DENIED**.